William Jarvis and Dael Doemland, Appellees, v. City of Chicago, Monroe Loeb and Sylvester M. Alexander, d/b/a Loeb Wrecking & Lumber Co., Richard Smykal and John Ward, Appellants.

Gen. No. 47,137. 

First District, Third Division.

June 21, 1957.

Released for publication September 30, 1957.

John C. Melaniphy, Corporation Counsel of the City of Chicago, for City of Chicago, Richard Smykal and John Ward, certain appellants. Thomas H. Fitzgerald, of Chicago, for Monroe Loeb and Sylvester M. Alexander d/b/a Loeb Wrecking & Lumber Co., certain appellants (Sydney R. Drebin, and Harold M. Nudelman, Assistant Corporation Counsel, of counsel); Mortimer, Nolan, O'Malley & Dunne, of Chicago (John F. O'Malley, and Patrick W. Dunne, of Chicago, of counsel. The court adopts the opinion, written by JUDGE NIEMEYER, as the opinion of the court. Not to be published in full.